

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00308-CR

---

Ex Parte David Cayetano-Vasquez

On Appeal from the County Court
Kinney County, Texas
Trial Court No. 11472CR

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's order denying David Cayetano-Vasquez's pretrial application for writ of habeas corpus. This decision shall be certified below for observance.

IT IS SO ORDERED this 20th day of November 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.